**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Plaintiff(s),

v.

Defendant(s).

Civil No.

**DISCLOSURE STATEMENT[1] PURSUANT TO FED. R. CIV. P. 7.1(a)(2)**

Individual[2]
Corporation[3]
Partnership[4]
Limited Liability Company[5]
Other

State(s) of Citizenship

Individual
Corporation
Partnership
Limited Liability Company
Other

State(s) of Citizenship

Individual
Corporation
Partnership
Limited Liability Company
Other

State(s) of Citizenship

In cases where one or more parties are partnerships or LLCs, list all partners or members and their citizenship. This space should also be used where there are more than three parties. Additional sheets may be added as needed.

Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and correct.

_____             Date:

---

[1] This statement shall be filed by each party.

[2] 28 U.S.C. § 1332(a)(1); *McNair v. Synapse Grp. Inc.*, 672 F.3d 213, 219 n.4 (3d Cir. 2012) (citing *Krasnov v. Dinan*, 465 F.2d 1298, 1300 (3d Cir. 1972) ("[M]ere residency in a state is insufficient for purposes of diversity [of citizenship].")). The natural person must be domiciled in the state and a citizen of that state. *See Gilbert v. David*, 235 U.S. 561 (1915); *Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99 (3d Cir. 2015).

[3] 28 U.S.C. § 1332(c)(1) ("[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . ."); *Hertz Corp. v. Friend,* 559 U.S. 77 (2010); *S. Freedman & Co., v. Raab*, 180 F. App'x 316, 320 (3d Cir. 2006) (explaining that "'[i]n order to adequately establish diversity jurisdiction, a complaint must set forth with specificity a corporate party's state of incorporation and its principal place of business,'" and affirming dismissal of complaint alleging that corporation maintained "a principal place of business," rather than "its principal place of business" (quoting *Joiner v. Diamond M Drilling Co.*, 677 F.2d 1035, 1039 (5th Cir. 1982))). The parties are directed to list the state of incorporation and principal place of business of the corporation.

[4] A partnership, as an unincorporated entity, takes on the citizenship of each of its partners. *Zambelli Fireworks MFG. Co. v. Wood*, 592 F.3d 412, 419 (3d Cir. 2010) (citation omitted). The parties are directed to list each partner and its citizenship.

[5] The citizenship of an LLC is determined by the citizenship of each of its members. *See Carden v. Arkoma Assocs.*, 494 U.S. 185 (1990); *Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99, 105 (3d Cir. 2015). The parties are directed to list each member and its citizenship. If any member is itself a partnership, limited liability company, or other unincorporated association, its partners or members and their citizenship must be set forth separately. *See Zambelli Fireworks MFG. Co. v. Wood*, 592 F.3d 412, 420 (3d Cir. 2010) ("And as with partnerships, where an LLC has, as one of its members, another LLC, the citizenship of unincorporated associations must be traced through however many layers of partners or members there may be to determine the citizenship of the LLC.")

**RIKER DANZIG LLP**
Michael R. O'Donnell, Esq. (ID # MO-7088)
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
(973) 538-0800
Fax: (973) 538-1984
*Attorneys for Defendant*
*Old Republic National Title Insurance Company*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARION FUND, LLC,<br><br>        Plaintiff,<br><br>V.<br><br>CROSS BRIDGE TITLE LLC, MICHAEL HIRSCHLER, and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,<br><br>        Defendants. | Civil Action No.: 3:25-cv-17070-MAS-JTQ<br><br>**ADDENDUM TO DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)(2)** |

**Citizenship of Additional Named Defendant:**

Due to space limitations, defendant Old Republic National Title Insurance Company ("Old Republic") is omitted from the first page of the Disclosure Statement to which this Addendum is appended. Old Republic is incorporated in and maintains a principal place of business in Florida and accordingly is a citizen of Florida.

**Citizenship of Members of LLC Parties:**

**Arion Fund, LLC ("Arion Fund"):** After diligent investigation, Old Republic is unable to determine the identity of the members of Arion Fund. On October 30, 2025, after Old Republic removed the above captioned action to this Court, counsel for Arion

1

Fund contacted the undersigned counsel via email and stated a member of Arion Fund is a citizen of New Jersey. If accurate, this would eliminate diversity between the parties. To date, Arion Fund has not provided proof of non-diverse citizenship of any of its members. Until such time as Arion Fund provides proof of non-diverse citizenship of its members, Old Republic is entitled to plead that Arion Fund is not a citizen of the defendants' states of citizenship, and is entitled to limited discovery to confirm whether there is diversity between the parties. See Lincoln Benefit Life Co. v. AEI Life, LLC, 800 F.3d 99, 107 (3d Cir. 2015). Additionally, upon information and belief, Amit Stern, who verified the Complaint in this action on behalf of Arion Fund, is a member of Arion Fund and is a citizen of New York.

**Cross Bridge Title LLC ("Cross Bridge"):** After diligent investigation, Old Republic is unable to determine the identity of the members of Cross Bridge. Upon information and belief, the members of Cross Bridge are completely diverse from the plaintiff in this action. Ibid. Additionally, upon information and belief, Michael Hirschler is a member of Cross Bridge and a citizen of New Jersey.

Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and correct.

DATED: December 17, 2025

/s/ *Michael R. O'Donnell*
Michael R. O'Donnell, Esq.

4906-8060-8374, v. 1